**Opinion issued October 15, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00380-CR

———————————

**NITEROI D. THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 21st District Court**
**Lee County, Texas**
**Trial Court Case No. 8047**

---

## MEMORANDUM OPINION

Appellant, Niteroi D. Thomas, has neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.2 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). After being

notified that this appeal was subject to dismissal, appellant did not adequately respond. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. APP. P. 37.3(b); *Sutherland v. State*, 132 S.W.3d 510, 512 (Tex. App.—Houston [1st Dist.] 2004, no pet.) (dismissing criminal appeal for want of prosecution based on appellant's failure to pay for clerk's record). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).